550

No. 691. BUFFALO v. UNITED STATES. March 21, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Herbert A. Hickman* for petitioner. *Solicitor General Thacher, Assistant Attorney General Richardson,* and *Messrs. Claude R. Branch* and *Wm. H. Riley, Jr.,* for the United States.

No. 695. FAIRCLOTH v. UNITED STATES. March 21, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. T. Morris Wampler* for petitioner. *Solicitor General Thacher,* and *Messrs. Whitney North Seymour, Harry S. Ridgely,* and *W. Marvin Smith* for the United States.

No. 696. TROMBETTA v. UNITED STATES. March 21, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Benjamin L. Stein* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Whitney North Seymour, F. Cadmus Damrell,* and *W. Marvin Smith* for the United States.

No. 697. ARD v. UNITED STATES. March 21, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Philip D. Beall* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Whitney North Seymour, A. E. Gottschall,* and *W. Marvin Smith* for the United States.

No. 699. JAMES AKEROYD & SON v. UNITED STATES. March 21, 1932. Petition for writ of certiorari to the